# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Reyes Martinez-Ramirez ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08CR684-L <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07351298 |

On order of the United States District/<u>Magistrate Judge</u>,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Nayeli Gonzalez-Martinez

DATED: 3-11-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062